# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:07cv152___

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| $1,796, 761.00 IN UNITED STATES ) | |
| CURRENCY, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the court on the joint Motion for Stay. Finding that good cause exists for the proposed stay and that claimants are entitled to the stay they seek as a matter of law, 18 U.S.C. § 981(g)(2), the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that the joint Motion for Stay (#8) is **GRANTED,** and this action is **STAYED** in its entirety pending resolution of any criminal proceedings or until such other time as may be deemed appropriate by the court.

Signed: July 13, 2007

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge