# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:07cv152___

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| $1,796, 761.00 IN UNITED STATES ) | |
| CURRENCY, *et al.*, ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

**THIS MATTER** is before the court on the government's Motion to Lift Stay. Having considered the government's motion and reviewed the pleadings, and it appearing that all claimants herein have consented to such proposed relief, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that the government's Motion to Lift Stay (#13) is **GRANTED,** and the **STAY** previously entered is **LIFTED**.

1

Signed: April 8, 2008

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge