IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:07CV152

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| $1,796,761.00 | ) | |
| $100,620.00 | ) | |
| $15,072.05 | ) | |
| $10,385.60 | ) | |
| $5,362.00 | ) | |
| $47,551.84 | ) | |
| $453,485.01 | ) | **JUDGMENT BY DEFAULT,** |
| $19,414.06 | ) | |
| $22,576.46 | ) | **ENTRY OF JUDGMENT, AND** |
| $42,287.97 | ) | |
| $84,720.55 | ) | **FINAL JUDGMENT OF FORFEITURE** |
| | ) | |
| **IN UNITED STATES CURRENCY** | ) | |
| | ) | |
| and | ) | |
| | ) | |
| 2006 BMW 750Li, VIN: | ) | |
| WBAHN83556DT63922 | ) | |
| | ) | |
| 1988 BMW CONVERTIBLE, VIN: | ) | |
| 4USCJ3326WLB62585 | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**THIS MATTER** is before the Court on motion of the United States for an Order

directing Judgment by Default pursuant to Federal Rule of Civil Procedure 55(b)(2), and for

1

Entry of Judgment and Final Order of Forfeiture pursuant to Federal Rule of Civil Procedure 58(a)(2)(A)(iii) against the Defendant properties. The sole Claimants, Demetre and Deborah Theodossis, have withdrawn their opposition to the Government's complaint herein. ***See* Notice of Withdrawal of Claim and Answer, filed February 19, 2008; Response to Government's Proposed Judgment by Default, Entry of Judgment, and Final Judgment of Forfeiture, filed April 17, 2008.** For the reasons stated in the Government's Motion and no further response being necessary, the Motion is allowed.

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED THAT**:

1. The Government's Motion for Judgment by Default, Entry of Judgment, and Final Order of forfeiture against the **DEFENDANT PROPERTIES:**

$1,796,761.00
$100,620.00
$15,072.05
$10,385.60
$5,362.00
$47,551.84
$453,485.01
$19,414.06
$22,576.46
$42,287.97
$84,720.55
**IN UNITED STATES CURRENCY**

and

**2006 BMW 750Li, VIN: WBAHN83556DT63922**

**1988 BMW CONVERTIBLE, VIN: 4USCJ3326WLB62585**

is hereby **GRANTED** and Judgment of Forfeiture is **ENTERED** in favor of the United States against all persons and entities in the world;

2.  Any and all right, title and interest of all persons in the world in or to the Defendant properties is hereby forfeited to the United States, and no other right, title, or interest shall exist therein;

3.  The United States Marshal is hereby directed to dispose of the forfeited Defendant properties as provided by law.

Signed: April 23, 2008

Lacy H. Thornburg
United States District Judge