IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:07CV152

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| $1,796,761.00 | ) | |
| $100,620.00 | ) | |
| $15,072.05 | ) | |
| $10,385.60 | ) | |
| $5,362.00 | ) | AMENDED |
| $47,551.84 | ) | |
| $453,485.01 | ) | JUDGMENT BY DEFAULT, |
| $19,414.06 | ) | |
| $22,576.46 | ) | ENTRY OF JUDGMENT, AND |
| $42,287.97 | ) | |
| $84,720.55 | ) | FINAL JUDGMENT OF FORFEITURE |
| | ) | |
| IN UNITED STATES CURRENCY | ) | |
| | ) | |
| and | ) | |
| | ) | |
| 2006 BMW 750Li, VIN: | ) | |
| WBAHN83556DT63922 | ) | |
| | ) | |
| 1998 BMW CONVERTIBLE, VIN: | ) | |
| 4USCJ3326WLB62585 | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**THIS MATTER** is before the Court on motion for the United States to correct a clerical

error in the Court's Judgment by Default, Entry of Judgment, and Final Judgment of Forfeiture

1

filed previously herein on April 23, 2008, that misidentified the BMW Convertible as being a 1988 rather than a 1998 BMW.

For the reasons stated in the motion and no response being necessary,

**IT IS, THEREFORE, ORDERED** that the Government's motion to correct the previous Judgment by Default is **ALLOWED;** the case caption is amended as reflected herein and the Clerk is directed to correct the docket record accordingly; and the previous Judgment is hereby amended as follows:

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED THAT**:

1. The Government's Motion for Judgment by Default, Entry of Judgment, and Final Order of forfeiture against the **DEFENDANT PROPERTIES:**

$1,796,761.00
$100,620.00
$15,072.05
$10,385.60
$5,362.00
$47,551.84
$453,485.01
$19,414.06
$22,576.46
$42,287.97
$84,720.55
**IN UNITED STATES CURRENCY**

and

**2006 BMW 750Li, VIN: WBAHN83556DT63922**

**1998 BMW CONVERTIBLE, VIN: 4USCJ3326WLB62585**

is hereby **GRANTED** and Judgment of Forfeiture is entered in favor of the United States against all persons and entities in the world;

2. Any and all right, title and interest of all persons in the world in or to the Defendant properties is hereby forfeited to the United States, and no other right, title, or interest shall exist therein;

3. The United States Marshal is hereby directed to dispose of the forfeited Defendant properties as provided by law.

Signed: June 2, 2008

Lacy H. Thornburg
United States District Judge